IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CRYSTAL ALESIA WILSON-HONESTY | ) |
| | ) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 08B30034 |
| | ) JUDGE JACK B. SCHMETTERER |
| CRYSTAL ALESIA WILSON-HONESTY, | ) |
|     Debtor | ) |
| | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the January 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of November 4, 2010.

   a. Attorney's Fees                              $250.00

   b. Property Inspections                          $15.00

   c. Outstanding Bankruptcy Fees and Costs        $400.00

      Total                                        $665.00

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

                                          Respectfully Submitted,
                                          Wells Fargo Bank, N.A.

                                          <u>/s/Toni Dillon</u>
                                          Toni Dillon
                                          ARDC#6289370

                                          Pierce and Associates, P.C.
                                          1 North Dearborn Street
                                          Suite 1300
                                          Chicago, Illinois 60602
                                          (312)346-9088